**This document was signed electronically on February 16, 2019, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated:  February 16, 2019**



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 7 PROCEEDINGS |
| | : CASE NO:. 17-52074 |
| **DARON L. WRIGHT** | : |
| **TOYALISA E. WRIGHT** | :JUDGE ALAN M. KOSCHIK |
| | : |
| Debtor(s) | :**ORDER GRANTING AVOIDANCE OF** |
| | :**JUDGEMENT LIENS OF DISCOVER** |
| | :**NATIONAL BANK, CACH LLC, PNC BANK,** |
| | :**AMERICAN EXPRESS BANK, WELTMAN,** |
| | :**WEINBERG, & REIS CO. LPA, AND BANK OF** |
| | :**AMERICA NA CARE OF KIRSCHENBAUM,** |
| | :**PHILLIPS & LEVY PC** |

At Akron, Ohio in said District this cause came to be heard upon Debtor's request for an

Order On Motion to Avoid Judicial Liens of Discover Bank, Cach LLC, PNC Bank, American

Express Bank, Weltman, Weinberg & Reis Co. LPA, and Bank of America NA care of

Kirschenbaum, Phillips & Levy PC as it's collecting agent in this Chapter 7 Case. Pursuant to 11

USC 522(f)(1)(A) for the reasons set forth represents as follows:

1. On August 30, 2017 the debtors filed a Petition for Relief under Title 11 U.S.C. Chapter 7. This court has jurisdiction in this matter pursuant to 28 U.S.C. Sec. 1334(b) and Sec. 157(A). This is a core proceeding pursuant to 11 U.S.C. Sec. 157(b)(1) and 157(b)(2)(k), which this court can hear and determine.

2. The debtors, Daron L. Wright and Toyalisa E. Wright, personal residence consists of a house and lot located at 1872 Breezewood Drive, Akron, Ohio 44313. Legal Description **(Exhibit A) as attached in motion**.

3. The property, per the attached Summit County Auditor, has a fair market value of $187,170.00. (**Exhibit B**) **as attached in motion**.

4. The debtors' pursuant to ORC Section 2329.66(A)(1) claimed an exemption of $273,850.00, which represents their joint interest in the personal property evidenced by the attached deed. No objections have been filed to the claim of that exemption. (**Exhibit C**) **as attached in motion.**

5. The real property was, at the time of filing, encumbered by the first mortgage to Countrywide Home Loans Inc, and later assigned to Bank of America NA, Successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LLC filed for record November 15, 2011, document number 55818460. Original amount of the mortgage $170,550.00 filed February 24, 2006 in Document number 55293262 of Summit County Recorder's Office. Attached Lien report Summary completed by Cuyahoga Title Services Ltd. (**Exhibit D**) **as attached in motion**.

6. The real property was at the time of filing, encumbered by the first judgment lien, in favor of **City of Akron,** in the amount of $344.81, plus interest and costs dated

September 18, 2013, and docketed as JL-2013-8482 in Summit County Common Pleas Court. (**Exhibit E**) **as attached in motion**.

7.   The real property was at the time of filing, encumbered by the second judgment lien, in favor of **Discover Bank,** in the amount of $7,293.50, plus interest and costs dated November 15, 2013, and docketed as JL-2013-11032 in Summit County Common Pleas Court. (**Exhibit F**)

8.   The real property was at the time of filing, encumbered by a third judgment lien, in favor of **Cach, LLC,** in the amount of $10,853.07, plus interest and costs dated January 23, 2014, and docketed as JL-2014-0539 in Summit County Common Pleas Court. (**Exhibit G**)

9.   The real property was at the time of filing, encumbered by a fourth judgment lien, in favor of **PNC Bank,** in the amount of $48,396.92, plus interest and costs dated February 24, 2014 and renewed on April 25, 2018, knowing that the bankruptcy had been filed listing them as a creditor, and docketed as JL-2014-2301 in Summit County Common Pleas Court. (**Exhibit H**)

10.   The real property was at the time of filing, encumbered by a fifth judgment lien, in favor of **American Express Bank FSB,** in the amount of $5,943.88, plus interest and costs dated September 2, 2014, and docketed as JL-2014-11458 in Summit County Common Pleas Court. (**Exhibit I**)

11.   The real property was at the time of filing, encumbered by a sixth judgment lien, in favor of **Weltman, Weinberg & Reis Co. LPA,** in the amount of $2,072.22, plus interest and costs dated August 14, 2015, and docketed as JL-2015-6443 in Summit County Common Pleas Court. (**Exhibit J**)

12. The real property was at the time of filing, encumbered by a seventh judgment lien, in favor of **Bank of America NA., Kirschenbaum, Phillips & Levy PC,** in the amount of $5,309.17, plus interest and costs dated November 20, 2015, and docketed as JL-2015-9491 in Cuyahoga County Common Pleas Court. (**Exhibit K**)

13. Pursuant to Section 522(f)(2)(a) of the code, the liens impair the debtors' exemption and are avoidable based upon the following calculation:

    a) "The Judicial Liens" totaling **$80,213.57 plus**

    b) "All other liens on the property" **$206,447.74 plus**

    c) "the debtor's joint exemption" - **$273,850.00**

    d) exceeds the value of debtors' interest in said property, which is **$286,661.31**

    The sum of the liens and exemption is $286,661.31, which is greater than the debtors' interest in the property, $273,850.00.

14. Based upon the pleadings filed with the Court there is no non-exempt equity for any of the judgment liens to attach. Based on the prior mortgage on the debtors' real estate , at the time of filing the petition, and pursuant to the exemption provided by ORC2329.66(A)(1), the judgment liens of Discover National Bank, Cach, LLC, PNC Bank, American Express Bank FSB, Weltman, Weinberg & Reis, Bank of America NA. and Kirschenbaum, Phillips, Levy as their collectors, impair the exemption to which the debtor is entitled and has claimed.

After consideration of and pursuant to Title 11 U.S.C. Sec. 522(f)(1)(a) as stated in the above request for order on motion and the confirmed plan; the failure of the creditors to object; and the pleadings, this Court finds that Debtor's Motion is well taken and;

That the Motion to Avoid Judgement Liens of Discover National Bank, Cach LLC, PNC Bank, American Express Bank, Weltman, Weinberg & Reis Co. LPA, and Bank of America NA care of Kirschenbaum, Phillips & Levy PC as it's collecting agent is hereby granted.

###

PREPARED BY:

/S/ROBERT J. BERK
**ROBERT J. BERK - 0001031**
Attorney for Debtor(s)
2000 Lee Road, Suite 114
Cleveland Heights, Ohio 44118
O: (216) 241-3880
F: (216) 241-5366
Email: bobberklex@aol.com

**CERTIFICATE OF SERVICE**

Certification is hereby made that a true and correct copy of this Order To Avoid Judicial Liens was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List and by regular U. S. Mail.

Kathryn A. Belfance U.S. Trustee for Chapter 7 at: kb@rlbllc.com, oh01@ecfcbis.com

Robert J. Berk, Attorney for Debtor at: bobberklex@aol.com, rjb1425@aol.com ,

r59547@notify.bestcase.com

LeAnn E. Covey at bknotice@clunkhoose.com

Thomas R. Houlihan at Houlihan@amer-law.com, sallman@amer-collect.com,

jvaughan@amer-collect.com, HouliECF@aol.com

Richard P. Schroeter at rschroeter@amer-collect.com, sallman@amer-collect.com,

jvaughan@amer-collect.com, HouliECF@aol.com

United States Trustee at (Registered address)@usdoj.gov

| | |
|---|---|
| Discover National Bank | Discover Financial Services |
| c/o Jennifer Dorton Esq. | Roger C. Hochschild |
| The Rockefeller Building | Director, President & COO |
| 323 Lakeside Avenue West, Suite 200 | 2500 Lake Cook ROA |
| Cleveland, Ohio 44113-1099 | Denver, CO 80202 |

City of Akron
ATTN: Law Dept.
161 South High St.
Akron, Ohio 44308

American Express Bank (FSB)
Stephen J. Squeri, President & COO
200 Vesey Street
New York, New York 10285

PNC Bank, NA
Corporate Office Headquarters
PNC Financial Services
William S. Demchak
Chairman, President, & CEO,
One PNC Plaza
249 Fifth Avenue Allegheny
Pittsburgh, PA 15222-2707

Cach, LLC
370 17th Street, Ste 5000
Riverwoods, IL 60015

Weltman, Weinberg, & Reis
323 W. Lakeside Avenue, Ste 200
Cleveland, Ohio 44113-1099

Bank of America N.A.
Headquarters
Brian Moynihan, President & COO
100 N. Tryon Street
Charlotte, NC 28255

Kirschenbaum, Phillips & Levy Attorney's
C/O Bank of America N.A.
40 Daniels Street
Farmingdale, NY 11735

Daron L Wright
1872 Breezewood Drive
Akron, OH 44313

Toyalisa E Wright
1872 Breezewood Drive
Akron, OH 44313